**CROSS COUNTRY BANK, Appellant,**

v.

**CROSS COUNTRY FINANCIAL CORP., Appellee.**

No. 04–1371.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2004.

Before MAYER, Chief Judge, CLEVENGER and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36